# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

RACHEL R. PEARSON,

    Plaintiff,

v.

GODADDY.COM, INC., an Arizona corporation,

    Defendant.

No. CV09-1022-PHX-NVW

Judge Neil V. Wake

**ORDER OF DISMISSAL WITH PREJUDICE**

    Based upon the stipulation of the parties,

    IT IS HEREBY ORDERED that this case be dismissed with prejudice, with each party to bear its own costs, expenses and attorney fees.

    SO ORDERED and SIGNED on this ___ day of April, 2010.

 

HON. NEIL V. WAKE